**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

GEORGE STEPHENS,     )
            )
    Plaintiff,    )
            )
    v.       )   1:21CV54
            )
LIEUTENANT BULLARD, et al.,   )
            )
    Defendants.  )

## ORDER

On June 15, 2022, the United States Magistrate Judge's Memorandum Opinion and Recommendation ("Recommendation") was filed and notice was served pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by the statute.

Therefore, the Court need not make a de novo review and the Magistrate Judge's Recommendation [Doc. #19] is hereby adopted.

IT IS THEREFORE ORDERED that Defendant Kerstetter's Motion to Set Aside Entry of Default [Doc. #15] is GRANTED and that the Court's Entry of Default [Doc. #11] is set aside as to Defendant Kerstetter.

IT IS FURTHER ORDERED that Plaintiff's Motions for Default Judgment [Docs. #12, 13] are DENIED to the extent they seek default judgment against

Defendant Kerstetter and DENIED WITHOUT PREJUDICE to the extent they seek

default judgment against Officer Moreno and Lt. Bullard.

This the 13th day of July, 2022.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge
