IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| GEORGE CHRISTOPHER STEPHENS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:21-CV-54 |
| OFFICER KERSTETTER and OFFICER MORENO, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the recommendation on the parties. No objections were filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDERED** that the plaintiff's motion for summary judgment, Doc. 35, is **DENIED**. Pursuant to Standing Order 6, the Clerk shall attempt to locate pro bono counsel willing to assist the plaintiff at trial, subject to the plaintiff's agreement. The Court is evaluating its schedule in order to set a trial date.

This the 15th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE